**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NOOR AFGAN,                              )
                                         )
                 Petitioner,             )
                                         )
-vs-                                     )        NO. CIV-26-1067-HE
                                         )
MARKWAYNE MULLIN, et al.,                )
                                         )
                 Respondents.            )

**<u>ORDER</u>**

On June 8, 2026, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation [Doc. #5], recommending the court dismiss without prejudice petitioner's habeas action under 28 U.S.C. § 2241 based on his failure to follow the court's rules and orders.  Specifically, petitioner failed to cure the deficiencies of a lack of signature and date on his § 2241 habeas petition and failed to either pay the $5.00 filing fee or submit a motion for leave to proceed *in forma pauperis*.

Petitioner was advised of his right to object to the Report and Recommendation by June 25, 2026.  On that date, petitioner filed another petition for writ of habeas corpus under 28 U.S.C. § 2241, which is dated and contains a signature [Doc. #6].  The court construes the filing as an amended petition for writ of habeas corpus under 28 U.S.C. § 2241.  The record also reflects the clerk of the court received petitioner's payment of the $5.00 filing fee [Doc. #6].

In light of petitioner's filing of the amended § 2241 habeas petition and his payment of the $5.00 filing fee, the court **STRIKES as MOOT** the Report and Recommendation

[Doc. #5].   This action is re-referred to the magistrate judge for further proceedings in accordance with 28 U.S.C. § 636 and the court's prior referral order [Doc. #3].

**IT IS SO ORDERED**.

Dated this 29th day of June, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

2